1  David Mara, Esq. (230498)
   Jill Vecchi, Esq. (299333)
2  MARA LAW FIRM, PC
   2650 Camino Del Rio North, Suite 302
3  San Diego, California 92108
   Telephone: (619) 234-2833
4  Facsimile: (619) 234-4048
   Email: dmara@maralawfirm.com
5         jvecchi@maralawfirm.com

6  Attorneys for Plaintiff ROGELIO CARRILLO,
   on behalf of himself, all others similarly situated,
7  and on behalf of the general public

8  Samantha C. Grant, Esq. (198130)
   REED SMITH LLP
9  1901 Avenue of the Stars, Suite 700
   Los Angeles, California 90067-6078
10 Telephone: (310) 734-5200
   Facsimile: (310) 734-5299
11 Email: sgrant@reedsmith.com

12 Jeffrey Elkrief, Esq. (321030)
   REED SMITH LLP
13 355 South Grand Avenue, Suite 2900
   Los Angeles, California 90071-1514
14 Telephone: (213) 457-8000
   Facsimile: (213) 457-8080
15 Email: jelkrief@reedsmith.com

16 Attorneys for Defendant SIEMENS MOBILITY, INC.

17                **UNITED STATES DISTRICT COURT**

18                **EASTERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20  ROGELIO CARRILLO on behalf of himself, all others similarly situated, and on behalf of the general public, | Case No. 2:24-cv-00556-KJM-CKD |
| 22  Plaintiffs, | **STIPULATION TO CONSOLIDATE PAGA ACTION WITH CLASS ACTION; ORDER THEREON** |
| 23  v. | |
| 24  SIEMENS MOBILITY, INC.; and DOES 1-100, | Judge: Hon. Kimberly J. Mueller<br>Courtroom: Three (3) |
| 26  Defendants. | Complaint Filed: January 19, 2024<br>Action Removed: February 21, 2024<br>Trial Date: None Set |

28

Plaintiff Rogelio Carrillo ("Plaintiff") and Defendant Siemens Mobility, Inc. "Siemens") (collectively, "the Parties") hereby enter into the following stipulation, through their duly authorized respective counsel of record, with reference to the following facts:

WHEREAS, on or about January 19, 2024, Plaintiff filed the instant putative class action against Siemens entitled *Rogelio Carrillo v. Siemens Mobility, Inc. et al.*, in Sacramento County Superior Court, Case No. 24CV000901 (the "Class Action").

WHEREAS, Siemens subsequently removed the Class Action on February 21, 2024 to the U.S. District Court for the Eastern District of California, Case No. 2:24-cv-00556-KJM-CKD.

WHEREAS, on January 29, 2024, Plaintiff filed a representative action complaint for civil penalties pursuant to the Private Attorneys General Act of 2004 (Lab. Code §§ 2698 *et seq.*) in Sacramento County Superior Court, Case No. 24CV001497 against Siemens (the "PAGA Action"), which was predicated upon the same underlying claims as the Class Action.

WHEREAS, Siemens removed the PAGA Action on February 28, 2024 to the U.S. District Court for the Eastern District of California. The Court assigned the PAGA Action a case number of 2:24-CV-00646-KJM-AC and the matter is also currently assigned to this Courtroom.

WHEREAS, the Class Action and the PAGA Action present common questions of law and fact and substantially similar claims as they both assert wage and hour claims against Siemens for its alleged failure to: (1) pay straight time wages; (2) pay all overtime wages; (3) provide meal periods; (4) provide rest periods; (5) pay wages due at termination of employment; (6) provide itemized wage statements; (7) adopt a compliant sick pay/paid time off policy and provide written notice setting forth amount of sick leave available; and (8) reimburse for all business expenses.

1     WHEREAS, the time period involved in the PAGA Action is wholly subsumed by the time period involved in the Class Action.

    WHEREAS, the PAGA Action and Class Action involve common parties as the representative group alleged in the PAGA Action is wholly subsumed within the putative class alleged in the Class Action, Rogelio Carrillo is the named plaintiff in both the PAGA Action and the Class Action, and Siemens is the only defendant named in the PAGA Action and Class Action.

    WHEREAS, the same law firm is Plaintiff's counsel and the same law firm is Siemens's counsel in both the PAGA Action and the Class Action.

    WHEREAS, in the interests of judicial economy, consistency of rulings and adjudications, and conservation of the Court's and the Parties' respective resources, the Parties seek consolidation of the PAGA Action with the Class Action.

    WHEREAS, the Parties agree that the Class Action and PAGA Action shall be consolidated for all purposes, and the lead case shall be the Class Action.

    NOW, THEREFORE, IT IS STIPULATED AND AGREED by the Parties, subject to Court approval, that the PAGA Action (entitled *Rogelio Carrillo v. Siemens Mobility, Inc. et al.., et al.*, Case No. 2:24-CV-00646-KJM-AC) be consolidated for all purposes with the Class Action, currently pending before this Court and the lead case shall be the Class Action.

Dated: July 3, 2024                       MARA LAW FIRM, PC

                                            /s/ David Mara
                                          David Mara
                                          Jill Vecchi
                                          Attorneys for Plaintiff
                                          ROGELIO CARRILLO ON BEHALF OF HIMSELF, ALL OTHERS SIMILARLY SITUATED, AND ON BEHALF OF THE GENERAL PUBLIC

1  Dated: July 3, 2024                    REED SMITH LLP

                                          /s/ *Samantha C. Grant*
                                          Samantha C. Grant
                                          Jeffrey Elkrief
                                          Attorneys for Defendant
                                          SIEMENS MOBILITY, INC.

# ORDER

Having considered the Parties' Stipulation and good cause appearing, IT IS HEREBY ORDERED that:

The PAGA Action (Case No. 2:24-CV-00646-KJM-AC) shall be related and consolidated for all purposes with the instant Class Action (Case No. 2:24-cv-00556-KJM-CKD), also currently pending before this Court, and the lead case shall be the Class Action. The Clerk shall reassign 2:24-CV-00646-KJM-AC to Magistrate Judge Delaney.

The parties must now file all documents related to either action in the Class Action (No. 2:24-cv-00556-KJM-CKD) and apply the caption of that action.

The clerk's office is directed to **relate and consolidate these cases**, **file a copy of this order in both actions** and **close the PAGA Action** (Case No. 2:24-cv-00646-KJM-CKD).

IT IS SO ORDERED.

DATED: July 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE