# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rogelio Carrillo,<br><br>    Plaintiffs,<br><br>  v.<br><br>Siemens Mobility, Inc.,<br><br>    Defendants. | No. 2:24-cv-00556-KJM-CKD<br><br>ORDER |

On July 12, 2024, this court held a scheduling conference and issued a Federal Rule of Civil Procedure 16 scheduling order. *See* Mins. Sch. Conf. & FRCP 16 Order, ECF No. 12. During the scheduling conference, the court directed the parties "to file a Joint Statement regarding new schedule dates in light of the court's decision to bifurcate the case and set a separate discovery schedule for before and after class certification. *Id.* The parties have now filed their supplemental joint status conference statement. *See* Suppl. Joint Statement, ECF No. 13.

Having reviewed the parties' joint statement, the court hereby **adopts** the parties' proposed schedule.

- Initial disclosures shall have been completed by July 22, 2024.
- Fact discovery related to class certification shall be completed by February 14, 2025.

The court also **adopts** the following class certification briefing schedule:

1

- Motion Filing Deadline: March 7, 2025
- Opposition Filing Deadline: April 4, 2025
- Reply Filing Deadline: April 18, 2025
- Hearing date: The party filing the motion shall notice the motion for a hearing date no later than May 31, 2025, in accordance with Local Rule 230(a).

As noted in the court's Rule 16 scheduling order, no further joinder of parties or amendments to pleadings shall be permitted without leave of court, good cause having been shown. *See* Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609-10 (9th Cir. 1992).

IT IS SO ORDERED.

DATED: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE